UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>19-20141-CR-KING</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| VICTOR ROJAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNITED STATES' NOTICE OF INTENT
TO UTILIZE EXPERT TESTIMONY**

COMES NOW, the United States of America, through its undersigned counsel, and files this Notice of Intent to Utilize Expert Testimony pursuant to Federal Rule of Evidence 702. In accordance with Federal Rule of Criminal Procedure 16, the United States intends to utilize, among others, the following expert testimony at trial:

**(1) Don Semesky**

<u>Training/Qualifications</u>: Provided to defense via email

<u>Summary of Testimony/Opinion and Basis</u>: Based upon his training and experience, the expert will testify, *inter alia*: money laundering methods and techniques related to drug trafficking activity and other types of criminal activity, international money laundering including North America, South America and Europe, and informal foreign exchange black markets.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Timothy J. Abraham
Timothy J. Abraham, AUSA
Florida Bar No. 114372
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9438
Fax: (305) 530-7976
Timothy.Abraham2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 18, 2019, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system.

/s/ Timothy J. Abraham
Assistant United States Attorney