UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 19-20141-CR-KING

UNITED STATES OF AMERICA

v.

VICTOR ROJAS,

    Defendants.

_____/

# GOVERNMENT'S THIRD RESPONSE TO
# THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order.

1. Rojas discovery bates numbered: 20141-1 to 20141-1692 and Recordings entitled N-53, N-54, N-55 provided by SDNY (subject to the protective order) were provided to Victor's counsel, Scott Sakin, on October 11, 2019 via hand delivery.   They were provided again to Victor's new counsel, Ana Davide, via hand delivery, on a disc on November 1, 2019.

2. On November 20, 2019, another disc was sent via federal express to Ana Davide which contained:

    a. the previously produced discovery mentioned in paragraph #1
    b. Recordings provided to Rojas' prior counsel Scott Sakin in June 2019 (labeled N-7, N-9, N-10, N-11, N-17, and N-21)
    c. additional discovery bates numbered 20141-1693 to 20141-2126 and one video recording

Please contact the undersigned if anything is missing.

          Respectfully submitted,

          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY

By:  */s/ Timothy J. Abraham*
      Assistant United States Attorney
      Florida Bar No. 114372
      99 N.E. 4th Street, Suite 600
      Miami, Florida 33131
      Tel (305) 961-9438
      Fax (305) 530-7976
      Timothy.Abraham2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/Timothy J. Abraham
Timothy J. Abraham