UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CR-20141-JLK-2

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VICTOR ROJAS,

        Defendant,
_____/

## DEFENDANT, VICTOR ROJAS' MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **VICTOR ROJAS**, by and through his undersigned counsel, and presents herewith, his Motion to Continue Trial, therein requesting a continuance to a minimum of forty-five (45) days beyond the present December 9, 2019 jury trial setting, and states as follows:

1.    On March 12, 2019, the Government filed its Indictment, therein charging the Defendant with Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §1956(h) [D.E. 3]

2.    On May 3, 2019, the Defendant was arraigned at which time he entered his plea of not guilty. [D.E. 12]

3.    On October 4, 2019, the Government filed its Unopposed Motion to Continue the Trial Date from October 21, 2019 until November 4, 2019 in this case in order to allow the Assistant United States Attorney assigned to this case and the U.S. Attorney's Office for the Southern District of Florida to arrange the Federal Criminal Rule of Procedure Rule 20 transfer of this case from this Court to the U.S. District Court for the Southern District of New York where the Defendant likewise stands charged with money laundering activities. [D.E. 37]

Specifically, during February of 2019, the U.S. Attorney's Office for the Southern District of New York informed the Southern District of Florida A.U.S.A. that they had returned an Indictment against Defendant, Victor Rojas, involving cocaine trafficking charges and money laundering charges with a conspiracy alleged from 2017 to February 2019.

4. On October 7, 2019, this Honorable Court entered its order setting the jury trial of this cause for December 9, 2019, with the calendar call on December 5, 2019 at 10:00 a.m. [D.E. 39]

5. On October 21, 2019, this Honorable Court entered its order granting the undersigned counsel's motion for substitution of counsel. [D.E. 43]

6. To facilitate an agreement for a Rule 20 transfer between the U.S. Attorney's Office for the Southern District of New York and the U.S. Attorney's Office for the Southern District of Florida, the undersigned counsel traveled to New York and met with the Assistant United States Attorneys assigned to the New York proceeding, however at that time that office was not inclined to accept the Rule 20 transfer.

7. At this time, discussions are ongoing towards the ultimate goal of an agreement for said Rule 20 transfer. The U.S. Attorney's Office for the Southern District of Florida and the undersigned counsel have acted in good faith to possibly achieve that result, however as of this date no agreement has been reached with the U.S. Attorney's Office for the Southern District of New York.

The undersigned counsel is contemplating another trip to New York in an attempt to secure the agreement of U.S. Attorney's Office for the Southern District of New York to accept the Rule 20 transfer.

8. Further, as recent as November 22, 2019, the Government filed its Third Response to the Standing Discovery Order. [D.E. 53]

9. AUSA Timothy Abraham has advise that the Government will take no position om this motion

9. Therefore, it is respectfully requested that the Court continue the trial of this cause for a minimum of forty-five (45) days beyond the present December 9, 2019 trial setting to whatever date proximate thereto that is in accord with this Honorable Court's calendar.

10. This motion to continue the trial is filed in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

## COMPLIANCE WITH SDFL LOCAL RULE 88.9

11. In accordance with SDFL Local Rule 88.9, the undersigned counsel has been in contact with Timothy Abraham, the Assistant United States Attorney assigned to this case, and he has advised that the Government opposes the relief requested herein.

## DEFENDANT'S ACKNOWLEDGMENT OF SPEEDY TRIAL EXCLUDABLE TIME

12. The Defendant, **VICTOR ROJAS,** has been advised of his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. §3161.

13. The Defendant freely and voluntarily waives his constitutional right to a speedy trial in this matter, and fully understands that the period of this continuance will be excluded from the computation of applicable time for the purposes of the Speedy Trial Act.

14. Further, the Defendant has authorized his attorney, Ana M. Davide, Esq., to advise this Honorable Court of his waiver of speedy trial in this cause as stated herein.

**WHEREFORE**, Defendant, **VICTOR ROJAS,** respectfully prays that this Honorable Court enter its order granting the within Motion to Continue Trial for a minimum of forty-five (45) days beyond the present December 9, 2019 trial setting to whatever date proximate thereto that is in accord with this Honorable Court's calendar.

15. AUSA Timothy Abraham has advise that the Government takes no position as to this motion.

Respectfully submitted,

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail:  ana@anadavidelaw.com
(Counsel for Defendant, *Victor Rojas*.)

*/s/ Ana M. Davide*
Ana M. Davide, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26 day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail:  ana@anadavidelaw.com
(Counsel for Defendant, *Victor Rojas*.)

*/s/ Ana M. Davide*

4

Ana M. Davide, Esq.

## SERVICE LIST

**United States of America v. Victor Rojas**
**Case No. 19-CR-20141-JLK-2**
**United States District Court, Southern District of Florida**

Timothy J. Abraham, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9438
Fax: (305) 536-7599
Email: Timothy.Abraham2@usdoj.gov

Daren Grove, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Tele: (954) 660-5774
Email: daren.grove@usdoj.gov