UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 19-CR-20141-JLK-2

    Plaintiff,

vs.

VICTOR ROJAS,

    Defendant,
_____/

## ORDER ON MOTION TO CONTINUE TRIAL

THIS MATTER came before the Court on the Defendant's Motion to Continue Trial (D.E.#55) in this cause filed on November 26th, 2019.

ORDERED AND ADJUDGED that the Motion to continue trial is GRANTED.

The trial is hereby rescheduled to February 10, 2020 at 9:00 a.m., with a calendar call on February 6, 2020 at 10:00 a.m..

**DONE AND ORDERED** in Miami, Florida this 2nd day of December, 2019.

_____
HON. LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA