# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20141-CR-KING

UNITED STATES OF AMERICA,

      Plaintiffs,

v.

JUAN ROJAS,

      Defendant.

_____/

## ORDER CANCELING SENTENCING HEARING

THIS MATTER comes before the Court *sua sponte*.  Due to the epidemic COVID-19, the undersigned Judge has closed its chambers and suspended all court proceedings until further notice.  Therefore , it is hereby

ORDERED, ADJUDGED and DECREED that the Sentencing Hearing currently set for **Thursday, April 2, 2020  at 10:30 a.m.** at the James Lawrence King Federal Justice Building and U. S. Courthouse, 99 N.E. 4th Street, 11th Floor, Courtroom 2, Miami, FL is **CANCELLED** until further order of the Court.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of March, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
Pretrial Services
U.S. Marshal
U.S. Probation Office