UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-20141-CR-KING-002

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR ROJAS (J) #18114-104

    Defendant.
_____/

**ORDER RESETTING SENTENCING HEARING**

THIS MATTER comes before the Court *sua sponte*. The Sentencing Hearing that was cancelled due to the epidemic COVID- 19 is hereby reset. Therefore , it is hereby

ORDERED, ADJUDGED and DECREED that the Sealed Sentencing Hearing is reset for **Monday, August 17, 2020 at 10:00 a.m.** at the James Lawrence King via Zoom Gov Meeting (Zoom Gov Meeting information will be sent by separate order)..

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of June, 2020.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:  Timothy J. Abraham, AUSA
     Ana M. Davide, Esq.
     Pretrial Services
     U.S. Marshal
     Court Interpreter (Spanish)
     U.S. Probation Officer, Ana Brzica

1