UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-20141-CR-KING

UNITED STATES OF AMERICA,

v.

JUAN ROJAS,

    Defendant.
_____/

**ORDER RE ZOOM GOV MEETING FOR SENTENCING HEARING**

THIS MATTER comes before the Court *sua sponte*.

**FOR ZOOM PARTICIPANTS:**

FLSD Room7 is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting

https://www.zoomgov.com/j/1609515122?pwd=MWUvOE5hZ1RrWXdUUGJtbEZFYmUxZz09

Meeting ID: 160 951 5122

Password: 602879

One tap mobile

+16692545252,,1609515122#,,1#,602879# US (San Jose)

+16468287666,,1609515122#,,1#,602879# US (New York)

Dial by your location

+1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)

Meeting ID: 160 951 5122

Password: 602879

Find your local number: https://www.zoomgov.com/u/abgaExPhwN

Join by SIP

1609515122@sip.zoomgov.com

Join by H.323

161.199.138.10 (US West)

161.199.136.10 (US East)

Meeting ID: 160 951 5122

Password: 602879

Join by Skype for Business

https://www.zoomgov.com/skype/1609515122

ORDERED, ADJUDGED and DECREED that the Sentencing Hearing is currently set for **Monday, August 17, 2020  at 10:00 a.m.** at the James Lawrence King Federal Justice Building and U. S. Courthouse, 99 N.E. 4th Street, 11th Floor, Courtroom 2, Miami, FL   **Please remember to check - in at least 15 minutes prior to time of hearing..**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of August, 2020.

                                                  JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record