UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**   CASE NO. 19-CR-20141-JLK-2

    **Plaintiff,**

vs.

**VICTOR ROJAS,**

    **Defendant,**

_____/

### DEFENDANT, VICTOR ROJAS' NOTICE OF FILING CORRESPONDENCE FROM THE DEFENDANT'S PRIOR EMPLOYER IN SUPPORT OF DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE PURSUANT TO THE TITLE 18 U.S.C. §3553(a) FACTORS

**COMES NOW** the Defendant, **VICTOR ROJAS**, by and through his undersigned counsel, and presents herewith, his Notice of Filing Correspondence from Defendant's Prior Employer in Support of Defendant's Motion for a Downward Variance pursuant to the Title 18 U.S.C. §3553(a) Factors, and states as follows:

- Attached hereto is correspondence from Rapid Park, the Defendant's former employer, expressing in-part as follows:

  "Mr. Rojas was a Manager of several Rapid Garages in New York City from 09/13/2010 to 09/17/2018. Mr. Rojas had resigned to pursue a different career but we were able to require him to continue working for us as a Manger. Mr. Rojas was one of our elite employees, he was smart, courteous and very understanding to our customers. I will recommended Mr. Rojas for any new endeavors."

Respectfully submitted,

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail:  ana@anadavidelaw.com
(Counsel for Defendant, *Victor Rojas*.)

*/s/ Ana M. Davide*
Ana M. Davide, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail:  ana@anadavidelaw.com
(Counsel for Defendant, *Victor Rojas*.)

*/s/ Ana M. Davide*
Ana M. Davide, Esq.

## SERVICE LIST

**United States of America v. Victor Rojas
Case No. 19-CR-20141-JLK-2
United States District Court, Southern District of Florida**

Timothy J. Abraham, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9438
Fax: (305) 536-7599
Email: Timothy.Abraham2@usdoj.gov

Daren Grove, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Tele: (954) 660-5774
Email: daren.grove@usdoj.gov

Ana Brzica
United States Probation Officer
United States Probation Office
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 9th Floor South
Miami, Florida 33128
Telephone: (305) 523-5361
E-mail: ana_brzica@flsp.uscourts.gov



**Rapid Park Holding Corporation**
204 West 101st Street
New York, NY 10025
www.rapidparknyc.com

August 14, 2020

To Whom It May Concern:

SUBJECT: Rojas, Victor (Social Security #)

This letter is in reference to Victor Rojas, Social Security #. Mr. Rojas was a Manager of several Rapid Garages in New York City from 09/13/2010 to 09/17/2018.

Mr. Rojas had resigned to pursue a different career but we were able to require him to continue working for us as a Manger.

Mr. Rojas was one of our elite employees, he was smart, courteous and very understanding to our customers. I will recommended Mr. Rojas for any new endeavors.

If you need further assistance, please feel free to call me @ (212)866-1000.

Sincerely,

Monika Deonarain
President