UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 19-CR-20141-JLK-2

      **Plaintiff,**

vs.

**VICTOR ROJAS,**

      **Defendant,**
_____/

## DEFENDANT, VICTOR ROJAS' NOTICE OF FILING TWO ADDITIONAL CORRESPONDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE PURSUANT TO THE TITLE 18 U.S.C. §3553(a) FACTORS

**COMES NOW** the Defendant, **VICTOR ROJAS**, by and through her undersigned counsel, and presents herewith, his Notice of Filing Two Additional Correspondence in Support of Defendant's Motion for a Downward Variance pursuant to the Title 18 U.S.C. §3553(a) Factors, and states as follows:

- Attached hereto is correspondence to the Court from Gloria Urbana Bascope, the Defendant's mother, and

- Attached hereto is correspondence to the Court from Maria del Rosario Rojas, the Defendant's sister.

          Respectfully submitted,

          Ana M. Davide, Esq.
          Florida Bar No. 875996
          2929 SW 3rd Ave., Suite 420
          Miami, Florida 33129
          Telephone: (305) 854-6100
          Fax: (305) 854-6197
          E-mail:  ana@anadavidelaw.com
          (Counsel for Defendant, *Victor Rojas*.)

          ***/s/ Ana M. Davide***
          Ana M. Davide, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of August, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> Ana M. Davide, Esq.
> Florida Bar No. 875996
> 2929 SW 3rd Ave., Suite 420
> Miami, Florida 33129
> Telephone: (305) 854-6100
> Fax: (305) 854-6197
> E-mail: ana@anadavidelaw.com
> (Counsel for Defendant, *Victor Rojas*.)
>
> */s/ Ana M. Davide*
> Ana M. Davide, Esq.

## SERVICE LIST
### United States of America v. Victor Rojas
### Case No. 19-CR-20141-JLK-2
### United States District Court, Southern District of Florida

Timothy J. Abraham, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9438
Fax: (305) 536-7599
Email: Timothy.Abraham2@usdoj.gov

Daren Grove, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Tele: (954) 660-5774
Email: daren.grove@usdoj.gov

Ana Brzica
United States Probation Officer
United States Probation Office
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 9th Floor South
Miami, Florida 33128
Telephone: (305) 523-5361
E-mail: ana_brzica@flsp.uscourts.gov

Senior Judge James Lawrence King

Dear Judge King,

My name is Gloria Urbana Bascope and I am 82 years old. I am the mother of Víctor Rojas, my sixth child out of seven siblings, who has always been an exemplary, noble, helpful, hard-working son with good feelings towards his family and his neighbors. At school he was a good student and well-behaved. Since he was a child he was always responsible and eager to help. He started to work at the age of 12 selling newspapers and later became a construction assistant. 30 years ago he traveled to the United States loaded with dreams and hoping for a better life.

While in the USA he thought of me and his sibilings including his nephews and nieces always trying to help in whatever way he could. He helped to pay part of the university of two of his nieces so they could finish their studies and the school to one of his nephews. He had two wonderful daughters and supported both of them in their studies. The eldest studies nutrition in the university and the minor studies in high school and at the same time in another art school. Victor worked 15 hours a day in two different jobs in the U.S. He was a car parker where he was promoted as Manager for his excellent performance and his second job was as a taxi driver for the UBER company. He worked in order to maintain his home, pay the mortgage of the house and his daughters' studies.
He spent THREE DECADES AND A WHOLE LIFE OF STRUGGLE, effort and sacrifice trying to be a good person and an exemplary citizen who paid his taxes in the U.S. My son was never in prison before, he doesn't have a criminal record in Bolivia nor in the United States. I know he is repentant and surrendered to God asking him to forgive his sins.

As his mother, it breaks my heart and soul to see him in this situation. I feel that what is happening to my son is not fair after all the sacrifices he's been through to give his daughters a better life. A lifetime of effort and of giving to the community is on the brink of destruction because of a mistake. Your honor, on my knees I ask you for mercy for my son. I beg you for a minimum sentence. I trust that, with your heart and experience, the final decision will be fair.

God bless you

Sincerely,

Gloria Urbana Bascope

US District Court
Southern District of Florida

Senior Judge James Lawrence King

My name is Maria del Rosario Rojas and my brother is Victor Rojas. Victor is my dearest sibling. He has always been eager to help his family, friends and even strangers. He has been an excellent brother, a thoughtful father and uncle, and an exceptional friend. A kind-hearted human being.

Victor helped his cousin Amparo who suffered a cancer called mesothelioma. When she had a respiration attack she recurred to Victor, he called 911 and went with her to the hospital. She was swiftly taken care of. The doctor told them that if they had waited 10 more minutes it would have been too late. He saved her life. This was not the only time he did something like this. In 2001 Victor visited Bolivia. At the time I was enduring a complicated pregnancy that caused nosebleed. My brother took me to the hospital and took care of me. I must say that I did not have any support from the father of my daughter neither economically nor emotionally. My brother was with me until the time I entered into labor bringing me cake and my favorite juice. I named my daughter "Victoria" after him. Victor also had a Puerto Rican friend who had cancer, the family of this man left him and refused to support him. Victor assumed the role his family should have had accompanying him to chemotherapy and helping him buy his weekly groceries. When his condition deteriorated more, my brother took him to the hospital where he was for two years. My brother stood by him until his last day of life--Victor's closest family can confirm this. Although good, my brother can be naive. In 1996 Victor started sending money to our brother Ruben for five years every month so he would invest it in a property. In 2001, Victor asked Ruben for his money back to which Ruben responded that if he wanted his money back Victor would lose his brotherhood.

When I was 16 and Victor 13, my father had a stroke which left him with half of his body paralyzed for more than three years. Victor and I were the only ones who attended him until his last days.

As duly noted, Victor has been through thick and thin with the people he appreciated and loved and even with the ones he didn't have a direct connection with. It is because of this that finding out that my brother Victor was in jail has been one of the most emotionally devastating shocks of my life. Notwithstanding, the only thought that crossed my mind when told was that he had been deceived. I think that there are extremely few people that genuinely care for other humans asking nothing on exchange and Victor is one of them. I also believe that this rare kind of people deserve a second chance to redeem themselves. This being said, I trust that with your heart and experience the sentence will be fair. But before you make the final decision, I beg of you, your Honor, to ask Victor to come closer so Your Honor can look into his eyes and see the true colors of his noble soul.

 Sincerely,

Maria del Rosario Rojas