UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**              CASE NO. 19-CR-20141-JLK-2

      **Plaintiff,**

vs.

**VICTOR ROJAS,**

      **Defendant,**
_____/

**DEFENDANT, VICTOR ROJAS'
MOTION FOR DECLARATION OF INDIGENCY AND FOR LEAVE TO
PROCEED *IN FORMA PAUPERIS* WITHOUT PAYMENT OF CLERK'S FILING FEES
AND THE COSTS OF APPEAL**

COMES NOW, Defendant, **VICTOR ROJAS**, by and through his undersigned counsel, and presents herewith his Motion for Declaration of Indigency and for Leave to Proceed *In Forma Pauperis* Without Payment of the Clerk's Filing Fees and the Costs of Appeal, and states as follows:

1. On August 17, 2020, the Defendant was sentenced to a term of 70 months imprisonment followed by 3 years supervised release. [D.E. 77] (The Judgment was entered on August 18, 2020. [D.E. 78])

2. Subsequently on August 20, 2020, an Amended Judgment was entered, therein providing that the sentence imposed shall run concurrently with the sentence to be imposed in Southern District of New York Case No. 1:19-00091-CR-DLC. [D.E. 81]

3. The Defendant is without the funds necessary to pay the Clerk's filing fees, nor to bear the costs for his appeal to the Eleventh Circuit Court of Appeal.

4. As a result of the difficulty in obtaining the financial affidavit of the Defendant due to the restrictions in place at FDC Miami, where the Defendant is presently housed, said financial affidavit will be furnished when available.

5. Therefore, the Defendant files this motion to allow him to proceed *in forma pauperis* Without Payment of the Clerk's Filing Fees and the Costs of Appeal.

6. A copy of this motion is being served by United States Mail upon Victor Rojas (Reg. No. 18114-104) at FDC Miami, 33 N.E. 4th Street, Miami, Florida 33132.

7. This motion is filed in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

**WHEREFORE**, Defendant, **VICTOR ROJAS**, respectfully prays that this Honorable Court enter its order granting the within Motion for Declaration of Indigency and for Leave to Proceed *In Forma Pauperis* Without Payment of Clerk's Filing Fees and the Costs of Appeal.

Respectfully submitted,

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail: ana@anadavidelaw.com
(Counsel for Defendant, *Victor Rojas*.)

*/s/ Ana M. Davide*
Ana M. Davide, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of August, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

                                              Ana M. Davide, Esq.
                                              Florida Bar No. 875996
                                              2929 SW 3rd Ave., Suite 420
                                              Miami, Florida 33129
                                              Telephone: (305) 854-6100
                                              Fax: (305) 854-6197
                                              E-mail: ana@anadavidelaw.com
                                              (Counsel for Defendant, *Victor Rojas*.)

                                              */s/ Ana M. Davide*_____
                                              Ana M. Davide, Esq.

## SERVICE LIST

**United States of America v. Victor Rojas**
**Case No. 19-CR-20141-JLK-2**
**United States District Court, Southern District of Florida**

Timothy J. Abraham, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9438
Fax: (305) 536-7599
Email: Timothy.Abraham2@usdoj.gov

Daren Grove, A.U.S.A.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Tele: (954) 660-5774
Email: daren.grove@usdoj.gov

Ana Brzica
United States Probation Officer
United States Probation Office
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 9th Floor South
Miami, Florida 33128
Telephone: (305) 523-5361
E-mail: ana_brzica@flsp.uscourts.gov