UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20141-CR-KING/BECERRA

UNITED STATES OF AMERICA,

v.

VICTOR ROJAS,

    Defendant.
_____/

### REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Defendant Victor Rojas' Motion for Leave to Appeal in Forma Pauperis **(D.E. #82)**, filed August 24, 2020, in the above-styled case to the Honorable Jacqueline Becerra, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of August, 2020.

                                                       JAMES LAWRENCE KING
                                                       UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Jacqueline Becerra
        All Counsel of Record